UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| In re: ATHOS, JOHN W | § § § | Case No. 11-23410 | |
| Debtor(s) | § | | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that EUGENE CRANE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 01/08/2014 in Courtroom 742, United States Courthouse Courthouse, 219 S. Dearborn, Chicago, IL. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/26/2013     By:   /s/Eugene Crane
                                  Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: ATHOS, JOHN W | § Case No. 11-23410 |
| | § |
| | § |
| Debtor(s) | § |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 84,100.00 |
| *and approved disbursements of* | $ 1,447.24 |
| *leaving a balance on hand of* [1] | $ 82,652.76 |
| **Balance on hand:** | $ 82,652.76 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3 | Department of the Treasury | 51,706.94 | 51,706.94 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 82,652.76 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - EUGENE CRANE | 7,455.00 | 0.00 | 7,455.00 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 26,321.50 | 0.00 | 26,321.50 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 981.50 | 0.00 | 981.50 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 34,758.00 |
| Remaining balance: | $ 47,894.76 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

        Total to be paid for prior chapter administrative expenses:   $     0.00
        Remaining balance:                        $    47,894.76

  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $72,417.39 must be paid in advance of any dividend to general (unsecured) creditors.

  Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | Taylor Athos - Domestic Support Obligations | 72,417.39 | 0.00 | 47,894.76 |

            Total to be paid for priority claims:     $    47,894.76
            Remaining balance:             $      0.00

  The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

  Timely claims of general (unsecured) creditors totaling $ 75,637.82 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

  Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for Citibank N.A. | 18,019.37 | 0.00 | 0.00 |
| 2 | FIA CARD SERVICES, N.A. | 22,207.18 | 0.00 | 0.00 |
| 4 | Chase Bank USA, N.A. | 23,736.39 | 0.00 | 0.00 |
| 5 | Chase Bank USA, N.A. | 11,488.91 | 0.00 | 0.00 |
| 6 -2 | Chase Bank USA, N.A. | 185.97 | 0.00 | 0.00 |

        Total to be paid for timely general unsecured claims:   $     0.00
        Remaining balance:                   $     0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/EUGENE CRANE
Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL 60603
(312) 641-6777

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

```
                           United States Bankruptcy Court
                            Northern District of Illinois
In re:                                                             Case No. 11-23410-CAD
John W Athos                                                       Chapter 7
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0752-1            User: cgreen                Page 1 of 2              Date Rcvd: Nov 27, 2013
                                Form ID: pdf006             Total Noticed: 16


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 29, 2013.
db           +John W Athos,    15008 Wilco Drive,    Homer Glen, IL 60491-7840
17853497    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: FIA CARD SERVICES, N.A.,     PO Box 15102,    Wilmington, DE 19886-5102)
17361467      Bank of America,    c/o Sunrise Credit Services, Inc.,     260 Airport Plaza, P. O. Box 9100,
               Farmingdale, NY 11735-9100
17361468     #Bank of America,    P. O. Box 15026,    Wilmington, DE 19850-5026
17361469      Chase,   P. O. Box 15153,    Wilmington, DE 19886-5153
17917094      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
17361470      Chase/United Mileage Plus,    P. O. Box 15153,    Wilmington, DE 19886-5153
17361471      Citi Cards,    Box 6000,   The Lakes, NV 89163-6000
17361472      Citibank (South Dakota) N. A.,    c/oBlatt Hasenmiller Leibsker Moore,
               125 South Wacker Drive, Suite 400,    Chicago, IL 60606-4440
17361474      Goldstine, Skrodzki, Russian,    Nemec and Hoff, Ltd.,    835 McClintock Drive, Second Floor,
               Willowbrook, IL 60527-0860
17361477     +Neil A. Robin and Associates,    30 North LaSalle, Suite 1210,    Chicago, IL 60602-3364
17361478      Sears,   P. O. Box 6282,    Sioux Falls, SD 57117-6282
17361479     +Taylor Athos,    c/o Jonathan T. Brand,    Lakelaw, 420 W. Clayton St.,    Waukegan, IL 60085-4216

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17843259      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 28 2013 02:30:06
               American InfoSource LP as agent for,    Citibank N.A.,    PO Box 248840,
               Oklahoma City, OK 73124-8840
17361473     +E-mail/Text: roy.buchholz@allianceoneinc.com Nov 28 2013 02:08:58     Citibank (South Dakota) NA,
               c/o Alliance One,    4850 Street Road, Suite 300,    Feasterville Trevose, PA 19053-6643
17361475      E-mail/Text: cio.bncmail@irs.gov Nov 28 2013 02:09:16     Department of the Tresury,
               Internal Revenue Service,    P. O. Box 7346,   Phildelphia, PA 19101-7346
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Crane, Eugene
aty           Crane, Heyman, Simon, Welch & Clar
17361476      Mary Ann Uitkauskas
                                                                                   TOTALS: 3, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2013                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 26, 2013 at the address(es) listed below:
              Ariane Holtschlag    on behalf of Defendant Karren  Athos aholtschlag@wfactorlaw.com,
               gsullivan@wfactorlaw.com
              Ariane Holtschlag    on behalf of Defendant William  Athos aholtschlag@wfactorlaw.com,
               gsullivan@wfactorlaw.com
              David E Grochocinski    on behalf of Defendant John W Athos lawyers@innovalaw.com,
               lawyers@innovalaw.com
              David E Grochocinski    on behalf of Debtor John W Athos lawyers@innovalaw.com,
               lawyers@innovalaw.com
              David E Grochocinski    on behalf of Defendant Karren  Athos lawyers@innovalaw.com,
               lawyers@innovalaw.com
```

```
District/off: 0752-1          User: cgreen                Page 2 of 2                  Date Rcvd: Nov 27, 2013
                              Form ID: pdf006             Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         David E Grochocinski    on behalf of Defendant William  Athos lawyers@innovalaw.com, lawyers@innovalaw.com
         Eugene  Crane    ecrane@craneheyman.com, il41@ecfcbis.com;jmunoz@craneheyman.com;dkobrynski@craneheyman.com
         John H Redfield    on behalf of Trustee Eugene  Crane jredfield@craneheyman.com, mjoberhausen@craneheyman.com
         John H Redfield    on behalf of Plaintiff Eugene  Crane jredfield@craneheyman.com, mjoberhausen@craneheyman.com
         Jonathan T Brand    on behalf of Plaintiff Taylor  Athos jbrand@lakelaw.com,  ECF@lakelaw.com
         Jonathan T Brand    on behalf of Creditor Taylor  Athos jbrand@lakelaw.com,  ECF@lakelaw.com
         Kathleen M. McGuire    on behalf of Defendant William  Athos kmcguire@innovalaw.com, kmmcguirelaw@sbcglobal.net
         Kathleen M. McGuire    on behalf of Defendant Karren  Athos kmcguire@innovalaw.com, kmmcguirelaw@sbcglobal.net
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

                                                                                                                                                                                     TOTAL: 14