# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: ATHOS, JOHN W                                                 § Case No. 11-23410
                                                                     §
                                                                     §
Debtor(s)                                                            §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

　　　　EUGENE CRANE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $83,040.16                    Assets Exempt: $15,900.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $47,894.76     Claims Discharged
                                                Without Payment: $246,003.52

Total Expenses of Administration: $36,205.24

---

　　　　3) Total gross receipts of $ 84,100.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $84,100.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $65,000.00 | $51,706.94 | $51,706.94 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 36,205.24 | 36,205.24 | 36,205.24 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 72,417.39 | 72,417.39 | 47,894.76 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 245,817.55 | 75,637.82 | 75,637.82 | 0.00 |
| **TOTAL DISBURSEMENTS** | $310,817.55 | $235,967.39 | $235,967.39 | $84,100.00 |

4) This case was originally filed under Chapter 7 on June 02, 2011. The case was pending for 36 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/27/2014      By: /s/EUGENE CRANE
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2010 Infinity Automobile | 1229-000 | 34,100.00 |
| Adversary Complaint to avoid transfer | 1241-000 | 50,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$84,100.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Department of the Treasury | 4300-000 | 65,000.00 | 51,706.94 | 51,706.94 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$65,000.00** | **$51,706.94** | **$51,706.94** | **$0.00** |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| EUGENE CRANE | 2100-000 | N/A | 7,455.00 | 7,455.00 | 7,455.00 |
| Crane, Heyman, Simon, Welch & Clar | 3110-000 | N/A | 26,321.50 | 26,321.50 | 26,321.50 |
| Crane, Heyman, Simon, Welch & Clar | 3120-000 | N/A | 981.50 | 981.50 | 981.50 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Judicial Attorney Services, Inc. | 3991-000 | N/A | 68.00 | 68.00 | 68.00 |
| William Athos | 2990-000 | N/A | 70.93 | 70.93 | 70.93 |
| The Bank of New York Mellon | 2600-000 | N/A | 74.48 | 74.48 | 74.48 |
| The Bank of New York Mellon | 2600-000 | N/A | 71.77 | 71.77 | 71.77 |
| The Bank of New York Mellon | 2600-000 | N/A | 64.62 | 64.62 | 64.62 |
| Toomey Reporting, Inc. | 3992-000 | N/A | 303.08 | 303.08 | 303.08 |
| The Bank of New York Mellon | 2600-000 | N/A | 76.01 | 76.01 | 76.01 |
| The Bank of New York Mellon | 2600-000 | N/A | 68.49 | 68.49 | 68.49 |
| The Bank of New York Mellon | 2600-000 | N/A | 65.91 | 65.91 | 65.91 |
| Rabobank, N.A. | 2600-000 | N/A | 50.94 | 50.94 | 50.94 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 28.94 | 28.94 | 28.94 |
| Rabobank, N.A. | 2600-000 | N/A | 44.49 | 44.49 | 44.49 |
| Rabobank, N.A. | 2600-000 | N/A | 46.00 | 46.00 | 46.00 |
| Rabobank, N.A. | 2600-000 | N/A | 50.69 | 50.69 | 50.69 |
| Rabobank, N.A. | 2600-000 | N/A | 49.03 | 49.03 | 49.03 |
| Rabobank, N.A. | 2600-000 | N/A | 44.22 | 44.22 | 44.22 |
| Rabobank, N.A. | 2600-000 | N/A | 52.04 | 52.04 | 52.04 |
| Rabobank, N.A. | 2600-000 | N/A | 47.24 | 47.24 | 47.24 |
| Rabobank, N.A. | 2600-000 | N/A | 45.60 | 45.60 | 45.60 |
| Rabobank, N.A. | 2600-000 | N/A | 99.76 | 99.76 | 99.76 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$36,205.24** | **$36,205.24** | **$36,205.24** |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | Taylor Athos - Domestic Support Obligations | 5100-000 | 0.00 | 72,417.39 | 72,417.39 | 47,894.76 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$0.00** | **$72,417.39** | **$72,417.39** | **$47,894.76** |

### EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP as agent for Citibank N.A. | 7100-000 | 18,019.37 | 18,019.37 | 18,019.37 | 0.00 |
| 2 | FIA CARD SERVICES, N.A. | 7100-000 | 22,207.18 | 22,207.18 | 22,207.18 | 0.00 |
| 4 | Chase Bank USA, N.A. | 7100-000 | 23,736.39 | 23,736.39 | 23,736.39 | 0.00 |
| 5 | Chase Bank USA, N.A. | 7100-000 | 11,488.91 | 11,488.91 | 11,488.91 | 0.00 |
| 6 -2 | Chase Bank USA, N.A. | 7100-000 | N/A | 185.97 | 185.97 | 0.00 |
| NOTFILED | Bank of America c/o Sunrise Credit Services, Inc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Neil A. Robin and Associates | 7100-000 | 56,038.10 | N/A | N/A | 0.00 |
| NOTFILED | Citibank (South Dakota) NA c/o Alliance One | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Goldstine, Skrodzki, Russian Nemec and Hoff, Ltd. | 7100-000 | 100,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears | 7100-000 | 14,327.60 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$245,817.55** | **$75,637.82** | **$75,637.82** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

Case 11-23410    Doc 82    Filed 06/02/14    Entered 06/02/14 15:11:16    Desc Main
          Document         Page 6 of 10

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 11-23410  
**Case Name:** ATHOS, JOHN W  

**Period Ending:** 05/27/14

**Trustee:** (330350) EUGENE CRANE  
**Filed (f) or Converted (c):** 06/02/11 (f)  
**§341(a) Meeting Date:** 07/11/11  
**Claims Bar Date:** 12/21/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  cash on hand<br>   Orig. Asset Memo: Orig. Description: cash on hand; Imported from original petition Doc# 1 | 500.00 | 400.00 | | 0.00 | FA |
| 2  household goods<br>   Orig. Asset Memo: Orig. Description: household goods; Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 3  usual and ordinary wearing apparel<br>   Orig. Asset Memo: Orig. Description: usual and ordinary wearing apparel; Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 4  term life insurance (face value $500,000.00)<br>   Orig. Asset Memo: Orig. Description: term life insurance (face value $500,000.00); Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 5  401(k) with Fidelity<br>   Orig. Asset Memo: Orig. Description: 401(k) with Fidelity; Imported from original petition Doc# 1 | 8,500.00 | 0.00 | | 0.00 | FA |
| 6  North Creek Dental, PC. (owns 2010 Infinity QX56)<br>   Orig. Asset Memo: Orig. Description: North Creek Dental, PC. (owns 2010 Infinity QX56); Imported from original petition Doc# 1 | 30,000.00 | 27,100.00 | | 0.00 | FA |
| 7  dental license<br>   Orig. Asset Memo: Orig. Description: dental license; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 8  computer<br>   Orig. Asset Memo: Orig. Description: computer; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 9  outdoor furniture, grill, lawnmower<br>   Orig. Asset Memo: Orig. Description: outdoor furniture, grill, lawnmower; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 10 2010 Infinity Automobile  (u) | Unknown | Unknown | | 34,100.00 | FA |
| 11 2010 Buick Enclave Automobile  (u)<br>   Debtor purchased car for mother  May 7, 2010. | 42,540.16 | Unknown | | 0.00 | FA |

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 11-23410  
**Case Name:** ATHOS, JOHN W  

**Trustee:** (330350) EUGENE CRANE  
**Filed (f) or Converted (c):** 06/02/11 (f)  
**§341(a) Meeting Date:** 07/11/11  

**Period Ending:** 05/27/14  
**Claims Bar Date:** 12/21/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Unscheduled asset. |  |  |  |  |  |
| 12 | Adversary Complaint to avoid transfer (u) | 0.00 | 100,000.00 |  | 50,000.00 | FA |
| 12 | **Assets Totals** (Excluding unknown values) | **$83,040.16** | **$127,500.00** |  | **$84,100.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

01/08/14: Distribution made to creditors; will file TDR once checks clear. (dk)

12/01/2013: TFR filed with Court, hearing Jan. 8, 2014 (dk)

02/12/2013: Complaint filed against William Athos, Karen Athos for fraudulent transfer of $100K loan.(dk)

1/10/13 - Filed Adversary Complaint against Mother and Father of Debtor to be heard on 2/6/13 at 10:30 (jm)

06/01/2012: Rec'd funds from sale of auto from William Athos (dk)

5/14/ 12- Filed Motion to Sell Vehicle - hearing to be held on 5/31 (jm)

3/28/12 - continued to 4/24 (jm); 4/25 - Continued to 5/8 (jm); 5/9 - continued to 6/5 (jm); 6/6 - Continued to 6/25 (jm)

3/15/12 - continued to 3/27; filed motion for Rule 2004 Exam of William Athos - hearing to be held on April 3, 2012 @ 10 a.m. (jm)

1/3/12 - continue to 2/7(mjo); 2/8/12 - continued to 3/13 (jm)

12/31/11: Possible fraudulent transfer actions pending regarding loan from Father.

11/6/11: Order entered compelling debtor to turn over all docs relating to transfer to father by 1/6/12(mjo)

**Initial Projected Date Of Final Report (TFR):**   June 30, 2013      **Current Projected Date Of Final Report (TFR):**   November 26, 2013  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 11-23410  
**Case Name:** ATHOS, JOHN W  
**Taxpayer ID #:** **-***3231  
**Period Ending:** 05/27/14

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******40-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/20/12 | {10} | William Athos | Proceeds from sale of automobile | 1229-000 | 34,100.00 | | 34,100.00 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 34,075.00 |
| 07/23/12 | 1001 | Judicial Attorney Services, Inc. | Process Server Fee | 3991-000 | | 68.00 | 34,007.00 |
| 07/23/12 | 1002 | William Athos | Witness and mileage expense | 2990-000 | | 70.93 | 33,936.07 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 74.48 | 33,861.59 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 71.77 | 33,789.82 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 64.62 | 33,725.20 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 76.01 | 33,649.19 |
| 11/02/12 | 1003 | Toomey Reporting, Inc. | Court Reporter fees for William Athos Deposition 10-18-12 Invoice #20139 | 3992-000 | | 303.08 | 33,346.11 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 68.49 | 33,277.62 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 65.91 | 33,211.71 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033035088 20130103 | 9999-000 | | 33,211.71 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 34,100.00 | 34,100.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 33,211.71 | |
| | | | **Subtotal** | | 34,100.00 | 888.29 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$34,100.00** | **$888.29** | |

{} Asset reference(s)

Printed: 05/27/2014 01:41 PM  V.13.14

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 11-23410  
**Case Name:** ATHOS, JOHN W  
**Taxpayer ID #:** **-***3231  
**Period Ending:** 05/27/14

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5465 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 33,211.71 | | 33,211.71 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 50.94 | 33,160.77 |
| 02/07/13 | 11004 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #11-23410, Blanket Bond Premium, Bond # 016026455 | 2300-000 | | 28.94 | 33,131.83 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.49 | 33,087.34 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.00 | 33,041.34 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 50.69 | 32,990.65 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 49.03 | 32,941.62 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.22 | 32,897.40 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 52.04 | 32,845.36 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 47.24 | 32,798.12 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.60 | 32,752.52 |
| 10/10/13 | {12} | Karren A. Athos | Proceeds from preference settlement | 1241-000 | 50,000.00 | | 82,752.52 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 99.76 | 82,652.76 |
| 01/08/14 | 11005 | EUGENE CRANE | Dividend paid 100.00% on $7,455.00, Trustee Compensation;  Reference: | 2100-000 | | 7,455.00 | 75,197.76 |
| 01/08/14 | 11006 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $26,321.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 26,321.50 | 48,876.26 |
| 01/08/14 | 11007 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $981.50, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 981.50 | 47,894.76 |
| 01/08/14 | 11008 | Taylor Athos | Dividend paid  66.13% on $72,417.39; Claim# 7; Filed: $72,417.39; Reference: | 5100-000 | | 47,894.76 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 83,211.71 | 83,211.71 | $0.00 |
| | | | Less: Bank Transfers | | 33,211.71 | 0.00 | |
| | | | **Subtotal** | | 50,000.00 | 83,211.71 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$50,000.00** | **$83,211.71** | |

{} Asset reference(s)                                                                                   Printed: 05/27/2014 01:41 PM    V.13.14

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 11-23410 | | Trustee: | EUGENE CRANE (330350) |
|---|---|---|---|---|
| Case Name: | ATHOS, JOHN W | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******5465 - Checking Account |
| Taxpayer ID #: | **-***3231 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 05/27/14 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts : 84,100.00

Net Estate : $84,100.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****-******40-65 | 34,100.00 | 888.29 | 0.00 |
| Checking # ******5465 | 50,000.00 | 83,211.71 | 0.00 |
| | $84,100.00 | $84,100.00 | $0.00 |

{} Asset reference(s)

Printed: 05/27/2014 01:41 PM V.13.14